UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*Filed*

2016 DEC 19 PM 4: 42

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

    Plaintiff,

-v-

Case No. 6:16-cv-1305-Orl-18GJK

COMENITY CAPITAL BANK; BJ'S
WHOLESALE CLUB, INC.; EQUIFAX
INFORMATION SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; TRANS
UNION LLC, INNOVIS DATA SOLUTIONS, INC,

    Defendants.

## COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIM

Counter-Defendant, Larry Rumbough, hereby files his Counter-Defendant's Answer to Counterclaim, and states:

1. Counter-Defendant admits the allegations in Paragraph 1.
2. Counter-Defendant admits the allegations in Paragraph 2.
3. Counter-Defendant admits the allegations in Paragraph 3.
4. Counter-Defendant denies the allegations in Paragraph 4.
5. Counter-Defendant denies the allegations in Paragraph 5.
6. Counter-Defendant denies the allegations in Paragraph 6.
7. Counter-Defendant denies the allegations in Paragraph 7.
8. Counter-Defendant denies the allegations in Paragraph 8.
9. Counter-Defendant denies the allegations in Paragraph 9.
10. Counter-Defendant denies the allegations in Paragraph 10.
11. Counter-Defendant denies the allegations in Paragraph 11.
12. Counter-Defendant denies the allegations in Paragraph 12.
13. Counter-Defendant denies the allegations in Paragraph 13.

14. Counter-Defendant denies the allegations in Paragraph 14.

15. Counter-Defendant denies the allegations in Paragraph 15.

16. Counter-Defendant denies the allegations in Paragraph 16.

17. Counter-Defendant denies the allegations in Paragraph 17.

18. Counter-Defendant denies the allegations in Paragraph 18.

19. Counter-Defendant denies the allegations in Paragraph 19.

20. Counter-Defendant denies the allegations in Paragraph 20.

21. Counter-Defendant denies the allegations in Paragraph 21.

## AFFIRMATIVE DEFENSES

22. Comenity Capital Bank failed to serve Counter-Defendant with the Counterclaim.

23. This Court does not have jurisdiction over Comenity's common law claims and ones that are not related to Plaintiff's claims.

24. Counter-Defendant asserted without contradiction in his Complaint that there is no contract between him and Comenity. Counter-Defendant conclusively and timely rejected in writing the proposed adhesion contract sent by Comenity to him. Comenity's response to this assertion was "Comenity is without sufficient knowledge to admit or deny the allegations." Comenity and its attorneys have deliberately misled the Court both by the latter statement and by claiming that there is a contract between the parties.

25. Comenity claims that they are a party to a unilateral agreement that precludes them from filing an action against Counter-Defendant because of a mandatory arbitration provision that they are subject to but Counter-Defendant is not subject to.

26. Comenity and its attorneys, Lisa M. Schiller, Jennifer M. Chapkin, and McGlinchey Stafford have violated the Fair Debt Collection Practices Act and the Florida Consumer Collection Protection Act. Due to those violations, these potential parties will be responsible for reimbursing Counter-Defendant for the actual damages of any possible judgment against him.

Dated: December 19, 2016

Respectfully submitted,

*/s/ Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 19th day of December, 2016:

*/s/ Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859