# EXHIBIT 2

Deposition of Marianne Litwa

# Transcript of the Testimony of
# Marianne Litwa

**Date:**

October 31, 2017

**Case:**

LARRY RUMBOUGH vs COMENITY CAPITAL BANK, et al

```
 1   provide to a third party.
 2                 And what was your other -- and a
 3   credit file is -- I don't know how to explain that.
 4                 It is just where we maintain a
 5   consumer's information.
 6                       - - -
 7   CONTINUATION
 8   BY MR. RUMBOUGH:
 9         Q.    The first one I listed is consumer
10   report.
11                 Is there any distinction between a
12   consumer report and a consumer disclosure?
13         A.    No.
14         Q.    Has my credit report always
15   demonstrated the maximum possible accuracy?
16                 MR. KIRKLAND:  I'm going to object
17   to the form.
18                 Can you give me a timeframe here or
19   what are we discussing?
20                 MR. RUMBOUGH:  Well, let us start
21   May 23rd, 2016.
22                 THE WITNESS:  As of May 23rd, 2016,
23   we no longer maintained a file on you.
24                 So, I don't know how to answer that.
25                 We don't have a file.
```

```
 1   is a process, so --
 2                           - - -
 3   CONTINUATION
 4   BY MR. RUMBOUGH:
 5           Q.      But TransUnion could retrieve my
 6   credit file.
 7                   Is that correct?
 8           A.      That's correct.
 9           Q.      You just don't know who?
10           A.      That is correct.
11                   Just like it is a process to
12   suppress your file, it is a process to unsuppress
13   your file.
14           Q.      And if someone at TransUnion could
15   retrieve my file, then it could be provided to me.
16                   Is that correct?
17           A.      Yes.
18           Q.      And why wasn't that done when I
19   requested my credit file on May 23rd, 2016?
20           A.      Because, again, it is a process.
21                   We do not maintain a commercially
22   available credit report for you.  So, you are going
23   to -- you would have received a letter to that
24   effect.
25                   We don't maintain a file on you.
```

```
 1          Q.     And when was I sent that letter?
 2          A.     On May -- Mayish -- May 16 -- no.
 3                 May 27th of '16.
 4          Q.     And did that letter explain why the
 5   consumer file or credit file was no longer available?
 6          A.     No, it did not.
 7                 It said it was no longer
 8   commercially available.
 9          Q.     And do you know why there wasn't an
10   explanation for that?
11                 MR. KIRKLAND:  Object to form.
12                 THE WITNESS:  Because there is no
13   explanation to provide to you.  There -- it is just
14   not available.  End of story.
15                              - - -
16   CONTINUATION
17   BY MR. RUMBOUGH:
18          Q.     Okay.
19                 In TransUnion's opinion have I filed
20   any frivolous disputes, including the dispute on
21   May 23rd, 2016?
22                 MR. KIRKLAND:  Object to form.
23                 THE WITNESS:  I don't recall the
24   exact nature of your dispute on May 23rd, but I
25   believe --
```

```
 1   clear up some of your previous testimony.
 2                  So, does TransUnion maintain a
 3   commercially available credit file for Mr. Rumbough?
 4          A.      No.
 5          Q.      And if a creditor were to request
 6   information for Mr. Rumbough, are they -- are they
 7   provided a credit file or credit report for him?
 8          A.      No.
 9          Q.      Do they just receive notification
10   from TransUnion that they no longer maintain a credit
11   file for Mr. Rumbough?
12          A.      Correct.
13                  MR. KIRKLAND:  I don't have any
14   further questions.
15                  All right.
16                  MR. RUMBOUGH:  Ms. Gura, do you have
17   any questions?
18                  MS. GURA:  Not of TransUnion, no.
19                  MR. RUMBOUGH:  Then I have one or
20   two more questions.
21                            - - -
22   CONTINUATION
23   BY MR. RUMBOUGH:
24          Q.      Ms. Litwa, do I have any kind of a
25   credit score with TransUnion?
```

1
2        I, Debra G. Johnson-Spallone, certify that the
3   foregoing is a true and accurate transcription of the
4   notes taken by me on the date set forth.
5        I further certify that I am not an attorney or
6   counsel of any of the parties, nor a relative or
7   employee of any attorney or counsel in connection
8   with the action, nor financially interested in the
9   action.
10
11
12
13
14   _____
15   DEBRA G. JOHNSON-SPALLONE, CCR, RPR
16   License NJ #30X100118200
17
18
19   This transcript is not to be copied unless under the
20   direct control and supervision of the certifying
21   reporter.
22
23
24
25