# EXHIBIT 3

Declaration of Don Wagner

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

        Plaintiff,

v.

COMENITY CAPITAL BANK;
BJ'S WHOLESALE CLUB, INC.;
EQUIFAX INFORMATION SERVICES, LLC;      Case No. 6:16-cv-01305-GKS-GJK
EXPERIAN INFORMATION SOLUTIONS,
INC.;
TRANS UNION LLC;
INNOVIS DATA SOLUTIONS, INC.

        Defendants.

## DECLARATION OF DONALD WAGNER

    "I, Donald Wagner, declare and state as follows:

    1.    My name is Donald Wagner.  I am over twenty-one (21) years of age, am of sound mind, and I am fully competent to make this Declaration.  The statements contained herein are based on my personal knowledge and is true and correct.

    2.    I am a Representative III in Litigation Support for Trans Union LLC's ("Trans Union") Crum Lynne, Pennsylvania, Consumer Relations Center.  In that capacity, I am familiar with Trans Union's systems and procedures regarding the handling of consumer disputes and reinvestigations.  I have reviewed Trans Union's records relating to Larry Rumbough ("Rumbough" or "Plaintiff").  I can testify regarding Trans Union's handling of Rumbough's disputes and requests regarding his credit file.

    3.    Trans Union is a national consumer reporting agency that regularly engages in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.

4.      Trans Union does not maintain a credit file on Rumbough, as that term is defined in the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(g).  Trans Union maintains only audit trail and administrative data to ensure Trans Union does not create a file on Rumbough. Trans Union has not maintained a credit file for Rumbough since May 23, 2016.

5.      Because Trans Union does not maintain a credit file on Rumbough, there is no account information for Trans Union to disclose to Rumbough.  Additionally, no third party can obtain Rumbough's credit report as Trans Union does not maintain any account information for him.

6.      From December 2015 through May 23, 2016, Trans Union has not published a consumer report that included the Comenity account.

7.      On May 26, 2016, Trans Union received a dispute letter from Rumbough. Attached hereto as Exhibit A is a true and correct copy of the dispute letter Trans Union received.  Because no credit file exists for Rumbough, there were no accounts for Trans Union to reinvestigate upon receiving a dispute from Rumbough.  Therefore, on May 27, 2016, Trans Union sent Rumbough correspondence advising him that Trans Union no longer maintained a credit file for him.  Attached hereto as Exhibit B is a true and correct copy of the correspondence sent to Rumbough.

8.      The methods and procedures by which Trans Union handles the credit and public records information contained in its database, including maintaining and operating this database efficiently, economically, and in compliance with applicable federal and state laws, are the primary means by which Trans Union remains competitive in the credit reporting industry. Trans Union's methods and procedures are reasonable and comply with the FCRA's requirements for credit reporting agencies.

9.      Trans Union has a policy and procedure for deciding that it will no longer maintain a credit file for a consumer.  In this case, Trans Union followed its policies and procedures when making the determination to no longer maintain a commercially available consumer file for Rumbough.

2

10.    At no time did anyone at Trans Union do anything or fail to do anything to knowingly, intentionally, or willfully violate the Fair Credit Reporting Act or act with conscious or reckless disregard to Rumbough. At no time was there any information placed on or kept on Rumbough's Trans Union credit file that anyone at Trans Union knew to be false or about which anyone at Trans Union entertained some doubt about its truth.

11.    Trans Union did not make any misrepresentation to Rumbough about his file and did not conceal information from Rumbough about his file.

12.    I am one of the custodians of records for Trans Union. Exhibit A and B attached hereto are records made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters. Exhibits A and B attached hereto were kept by Trans Union in the regular course of its business and as a regular practice of Trans Union. Exhibits A and B attached hereto were made in the course of the regularly conducted business activities of Trans Union and as a regular practice of Trans Union.

13.    Exhibit A and B attached hereto are exact duplicates of the original.

14.    I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on November 29 , 2017.

_____
Donald Wagner

# EXHIBIT A

840 Lilac Trace Lane
Orlando, FL 32828
May 23, 2016

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000
Attn: Legal Department

Legal Department,

I am disputing the following item:

1. COMENITYCAPITAL/BJSW
    I disputed this item on 3/3/16. You did not respond to that dispute. This item must be deleted!
    I did not apply for credit with Comenitycapital/Bjsw. I will be filing a federal lawsuit against Comenitycapital/Bjsw and Transunion for violations of the FCRA.

    If you fail to delete this item as required by federal law, then you must print the following statement in its ENTIRETY without any changes:
    **"I did not apply for credit with Comenitycapital/Bjsw. I will be filing a lawsuit against Comenitycapital/Bjsw and Transunion for violations of the FCRA."**

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

*Larry Rumbough*

Larry Rumbough
▮▮▮▮▮▮▮

P.S.  Please find enclosed a copy of my Drivers License and Social Security card to verify identity.

DR 05/26/2016 (OODP82) 106.20224.06113141







Larry Rumbough
940 Lilac Trace Ln.
Orlando, FL 32828

CERTIFIED MAIL

7016 0910 0000 8699 2400

Attn-Legal Department
Transunion
P.O. Box 2000
Chester, PA 19022-2000

U.S. POSTAGE
PAID
ORLANDO, FL
32801
MAY 23, 19
AMOUNT
$3.77
R2304M11465-12

# EXHIBIT B



May 27, 2016


Larry Rumbough
840 Lilac Trace Lane
Orlando, Fl 32828

RE:  Your Request

Dear Mr Rumbough,

Thank you for contacting TransUnion.  Our goal is to maintain complete and accurate information on consumer credit reports.  We have provided the information below in response to your request.

TransUnion no longer maintains a commercially available credit file for you and in turn cannot fulfill your request.

Sincerely,


TransUnion LLC